FILED & ENTERED

FEB 10 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JAMES A. KRAGE,<br><br>　　　　　　　　　　Debtor. | Case No.: 2:12-bk-17916-WB<br><br>CHAPTER 13<br><br>**ORDER DENYING DEBTOR'S WRIT OF ERROR; MOTION TO RECONSIDER ORDER DENYING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL OF ORDER GRANTING RELIEF FROM STAY; AND REQUEST FOR JUDGE BRAND TO RECUSE HERSELF FOR BIAS AND PREJUDICE**<br><br>[No hearing held] |

TO ALL INTERESTED PARTIES

Debtor James A. Krage's ("Debtor") Writ of Error; Motion to Reconsider Order Denying Motion to Extend Time to File Notice of Appeal of Order Granting Relief from Stay; Request for Judge Brand to Recuse Herself for Bias and Prejudice, filed on January 2, 2015 at Docket 181, came before this Court without a hearing. Based upon the findings of fact and conclusions of law set forth in the Court's Memorandum of Decision re Debtor's Writ of Error; Motion to

Reconsider Order Denying Motion to Extend Time to File Notice of Appeal of Order Granting Relief from Stay; Request for Judge Brand to Recuse Herself for Bias and Prejudice, filed concurrently herewith, it is

    ORDERED that Debtor's Motion to Reconsider Order Denying Motion to Extend Time to File Notice of Appeal of Order Granting Relief from Stay is DENIED.

    IT IS FURTHER ORDERED that Debtor's Motion to Recuse is DENIED

###

Date: February 10, 2015

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge