

**FILED & ENTERED**

**AUG 16 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

# NOT FOR PUBLICATION

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JAMES A KRAGE,<br><br><br><br>                    Debtor(s). | Case No.: 2:12-bk-17916-WB<br><br>CHAPTER 13<br><br>**ORDER DENYING CONFIRMATION OF AMENDED PLAN AND DISMISSING DEBTOR'S CHAPTER 13 BANKRUPTCY CASE**<br><br>Date:        July 20, 2016<br>Time:       1:30 p.m.<br>Courtroom: 1375 |

At the above-captioned date and time, a continued plan confirmation hearing was held in debtor James A. Krage's ("Debtor") chapter 13 bankruptcy case. Appearances were as stated on the record. Based upon findings of fact and conclusions of law set forth in the Court's Memorandum of Decision filed concurrently herewith,

//

//

//

//

IT IS ORDERED THAT:

1. Confirmation of the Amended Plan is denied;
2. The bankruptcy case is dismissed; and
3. All stays and restraining orders arising under Bankruptcy Code Section 362(a) are vacated, and the stay of Bankruptcy Code Section 362(a) is annulled.

###

Date: August 16, 2016

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge